cation granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Nassau Hotel Company v. Barnett & Barse Corporation, Impleaded.— Motion granted; questions certified. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Theresa Senior, an Infant, etc., v. Sun Printing and Publishing Association.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

William Theile v. United Gas and Electric Corporation.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

William Theile v. Samuel J. Dill.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Frank Duke v. American Museum of Natural History.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Herman Finkelstein v. Isadore Punie.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Latin American Contracting and Improvement Company v. David F. Broderick, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Theresa M. Donnelly, as Ancillary Executrix, etc., v. H. C. & A. I. Piercy Contracting Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Huguenot Trust Company v. Robert D. Ireland, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Lee A. Ochs v. Albert H. Woods.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Lee A. Ochs v. Albert H. Woods.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York v. Angelo Sylvestro.— Motion granted on condition that appellant comply with terms stated in order. Present -- Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of the Manhattan Railway Company (Ninth Avenue Additional Tracks and Facilities).— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Leo Lerner, an Attorney.— Referee's report confirmed. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Emanuel A. Eichner, an Attorney.— Respondent disbarred. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Holmes Jones, an Attorney.— Motion denied. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.